Argued April 27, affirmed June 20, 1978

PETERS, *Petitioner,*

*v.*

AMERICAN BUILDING MAINTENANCE CO.,
*Respondent.*

(WCB No. 76-6019, CA 9620)

579 P2d 904

Donald R. Wilson, Portland, argued the cause for petitioner. With him on the brief was Pozzi, Wilson, Atchison, Kahn & O'Leary, Portland.

Steven Reinisch, Portland, argued the cause for respondent. On the brief were Daryll E. Klein, and Jones, Lang, Klein, Wolf & Smith, Portland.

Before Schwab, Chief Judge, and Lee, Richardson and Joseph, Judges.

PER CURIAM.

Affirmed. *See Bowman v. Oregon Transfer Co.,* 33 Or App 241, 576 P2d 27 (1978).